■ The People of the State of New York, Respondent, v Jose Bonilla, Appellant. [833 NYS2d 421]—Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Kings County (Walsh, J.), imposed July 28, 2005, on the ground that the sentence is excessive.

Ordered that the amended sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Goldstein, Dillon and McCarthy, JJ., concur.